```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


          IN RE:                    :      CHAPTER 13

          Phyllis Duffy             :      No.  18-11724-jkf
              Debtor
```

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until April 11, 2018, by which date all required documents must be filed.

*[signature: Jean K Fitzsimon]*

**Date: March 29, 2018**            HONORABLE JEAN K FITZSIMON DATED:
                                     U.S. BANKRUPTCY JUDGE

cc:

Frederick L Reigle, Trustee

David M. Offen, Esquire

Phyllis Duffy