PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

TD Bank, N.A.

| DATE | AMOUNT |
|------|--------|
| 10/20/2017 | $989.24 |

PAY  NINE HUNDRED EIGHTY NINE DOLLARS and 24 CENTS

TO THE
ORDER
OF
Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA  19149

| Bank Routing No. | Bank Account Number | Deposit Amount |
|------------------|---------------------|----------------|
| 031000053 | | 989.24 |

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX‑▓▓▓▓ | 10/15/2017 |
|------|----------|--------------|--|-------------|------------|
| EMPLOYEE NO. | DEPARTMENT | | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|-----------|----------------|--------------|------------|----------------|--------------|
| Retro Pay | 0.000 | 0.00 | 142.70 | Federal Withhol | 179.16 | 5019.97 |
| Shift Diff | 0.000 | 0.00 | 347.41 | FICA (Medicare) | 20.99 | 535.62 |
| Double Time | 0.000 | 0.00 | 117.65 | FICA (SocSec) | 89.77 | 2290.24 |
| Overtime | 0.000 | 0.00 | 6101.50 | PA State Tax | 44.45 | 1134.03 |
| Paid Time Off | 40.000 | 723.95 | 4819.60 | PA UC Tax | 1.01 | 25.83 |
| Regular | 40.000 | 723.95 | 24650.20 | PA510101 Philad | 56.33 | 1439.40 |
| Shoe Allowance | 0.000 | 0.00 | 240.00 | DC33 Union Dues | 21.49 | 451.68 |
| Technology Fee | 0.000 | 0.00 | 520.00 | Pension Contrib | 0.00 | 4.34 |
| | | | | Plan Y 10 years | 45.46 | 1094.33 |

| 18.10 | 1447.90 | 458.66 | 989.24 | 36939.06 | 11995.44 | 24943.62 |
|-------|---------|--------|--------|----------|----------|----------|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

TD Bank, N.A.

PHL PARKING AUTH
701 Marke   Street
STE 5   hia, PA 19106
Phil

| DATE | AMOUNT |
|---|---|
| 11/03/2017 | $1224.08 |

ONE THOUSAND TWO HUNDRED TWENTY FOUR DOLLARS and 08 CENTS

TO THE
ORDER
OF
Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA 19149

Bank Routing No.   Bank Account Number
031000053

Deposit Amount
1224.08

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX    | 10/29/2017 |
|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Retro Pay | 0.000 | 0.00 | 142.70 | Federal Withhol | 256.63 | 5276.60 |
| Shift Diff | 0.000 | 0.00 | 347.41 | FICA (Medicare) | 26.51 | 562.13 |
| Double Time | 7.500 | 271.49 | 389.14 | FICA (SocSec) | 113.33 | 2403.57 |
| Overtime | 4.000 | 108.59 | 6210.09 | PA State Tax | 56.12 | 1190.15 |
| Paid Time Off | 8.000 | 144.79 | 4964.39 | PA UC Tax | 1.28 | 27.11 |
| Regular | 72.000 | 1303.09 | 25953.29 | PA510101 Philad | 71.12 | 1510.52 |
| Shoe Allowance | 0.000 | 0.00 | 240.00 | DC33 Union Dues | 21.49 | 473.17 |
| Technology Fee | 0.000 | 0.00 | 520.00 | Pension Contrib | 0.00 | 4.34 |
| | | | | Plan Y 10 years | 57.40 | 1151.73 |

| 18.10 | 1827.96 | 603.88 | 1224.08 | 38767.02 | 12599.32 | 26167.70 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

TD Bank, N.A.

| | DATE | AMOUNT |
|---|---|---|
| | 11/17/2017 | $1193.74 |

PAY ONE THOUSAND ONE HUNDRED NINETY THREE DOLLARS and 74 CENTS

TO THE
ORDER
OF
Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA 19149

Bank Routing No.   Bank Account Number

031000053

Deposit Amount

1193.74

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX■■■ | 11/12/2017 |
|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Retro Pay | 0.000 | 0.00 | 142.70 | Federal Withhol | 240.20 | 5516.80 |
| Shift Diff | 0.000 | 0.00 | 347.41 | FICA (Medicare) | 25.52 | 587.65 |
| Double Time | 0.000 | 0.00 | 389.14 | FICA (SocSec) | 109.13 | 2512.70 |
| Overtime | 11.500 | 312.21 | 6522.30 | PA State Tax | 54.04 | 1244.19 |
| Paid Time Off | 16.000 | 289.58 | 5253.97 | PA UC Tax | 1.23 | 28.34 |
| Regular | 64.000 | 1158.31 | 27111.60 | PA510101 Philad | 68.48 | 1579.00 |
| Shoe Allowance | 0.000 | 0.00 | 240.00 | DC33 Union Dues | 21.49 | 494.66 |
| Technology Fee | 0.000 | 0.00 | 520.00 | Pension Contrib | 0.00 | 4.34 |
| | | | | Plan Y 10 years | 55.27 | 1207.00 |
| | | | | Shortage | -9.00 | -9.00 |

| 18.10 | 1760.10 | 566.36 | 1193.74 | 40527.12 | 13165.68 | 27361.44 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

TD Bank, N.A.

| DATE | AMOUNT |
|---|---|
| 12/01/2017 | $1169.02 |

PAY ONE THOUSAND ONE HUNDRED SIXTY NINE DOLLARS and 02 CENTS

TO THE
ORDER
OF

Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA  19149

Bank Routing No.   Bank Account Number
031000053

Deposit Amount
1169.02

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX-XXXX | 11/26/2017 | |
|---|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE  NAME | | SOCIAL SECURITY NO. | PERIOD END | |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Retro Pay | 0.000 | 0.00 | 142.70 | Federal Withhol | 233.62 | 5750.42 |
| Shift Diff | 0.000 | 0.00 | 347.41 | FICA (Medicare) | 25.13 | 612.78 |
| Double Time | 0.000 | 0.00 | 389.14 | FICA (SocSec) | 107.44 | 2620.14 |
| Overtime | 3.500 | 95.02 | 6807.36 | PA State Tax | 53.20 | 1297.39 |
| Overtime | 7.000 | 190.04 | 6807.36 | PA UC Tax | 1.21 | 29.55 |
| Paid Time Off | 0.000 | 0.00 | 5253.97 | PA510101 Philad | 67.42 | 1646.42 |
| Regular | 80.000 | 1447.88 | 28559.48 | DC33 Union Dues | 21.49 | 516.15 |
| Shoe Allowance | 0.000 | 0.00 | 240.00 | Pension Contrib | 0.00 | 4.34 |
| Technology Fee | 0.000 | 0.00 | 520.00 | Plan Y 10 years | 54.41 | 1261.41 |
| | | | | Shortage | 0.00 | -9.00 |

| 18.10 | 1732.94 | 563.92 | 1169.02 | 42260.06 | 13729.60 | 28530.46 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

TD Bank, N.A.

| DATE | AMOUNT |
|---|---|
| 12/15/2017 | $989.22 |

PAY  NINE HUNDRED EIGHTY NINE DOLLARS and 22 CENTS

TO THE
ORDER
OF
Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA  19149

| Bank Routing No. | Bank Account Number | Deposit Amount |
|---|---|---|
| 031000053 | | 989.22 |

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX- | 12/10/2017 |
|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Retro Pay | 0.000 | 0.00 | 142.70 | Federal Withhol | 179.16 | 5929.58 |
| Shift Diff | 0.000 | 0.00 | 347.41 | FICA (Medicare) | 20.99 | 633.77 |
| Double Time | 0.000 | 0.00 | 389.14 | FICA (SocSec) | 89.77 | 2709.91 |
| Overtime | 0.000 | 0.00 | 6807.36 | PA State Tax | 44.45 | 1341.84 |
| Paid Time Off | 11.000 | 199.08 | 5453.05 | PA UC Tax | 1.01 | 30.56 |
| Regular | 69.000 | 1248.80 | 29808.28 | PA510101 Philad | 56.33 | 1702.75 |
| Shoe Allowance | 0.000 | 0.00 | 240.00 | DC33 Union Dues | 21.49 | 537.64 |
| Technology Fee | 0.000 | 0.00 | 520.00 | Pension Contrib | 0.00 | 4.34 |
| | | | | Plan Y 10 years | 45.46 | 1306.87 |
| | | | | Shortage | 0.00 | -9.00 |

| 18.10 | 1447.88 | 458.66 | 989.22 | 43707.94 | 14188.26 | 29519.68 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

TD Bank, N.A.

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

| DATE | AMOUNT |
|---|---|
| 12/29/2017 | $1260.80 |

PAY ONE THOUSAND TWO HUNDRED SIXTY DOLLARS and 80 CENTS

TO THE
ORDER
OF
Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA  19149

Bank Routing No.   Bank Account Number
031000053

Deposit Amount
1260.80

## NON NEGOTIABLE

| 5942    ONSTREET    Duffy, P. A. | | | | XXX-XX-XXXX    12/24/2017 | | |
|---|---|---|---|---|---|---|
| EMPLOYEE NO    DEPARTMENT | | EMPLOYEE NAME | | SOCIAL SECURITY NO.    PERIOD END | | |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Retro Pay | 0.000 | 0.00 | 142.70 | Federal Withhol | 271.97 | 6201.55 |
| Shift Diff | 0.000 | 0.00 | 347.41 | FICA (Medicare) | 27.42 | 661.19 |
| Double Time | 7.000 | 253.38 | 642.52 | FICA (SocSec) | 117.26 | 2827.17 |
| Overtime | 7.000 | 190.04 | 6997.40 | PA State Tax | 58.06 | 1399.90 |
| Paid Time Off | 8.000 | 144.79 | 5597.84 | PA UC Tax | 1.32 | 31.88 |
| Regular | 72.000 | 1303.09 | 31111.37 | PA510101 Philad | 73.59 | 1776.34 |
| Shoe Allowance | 0.000 | 0.00 | 240.00 | DC33 Union Dues | 21.49 | 559.13 |
| Technology Fee | 0.000 | 0.00 | 520.00 | Pension Contrib | 0.00 | 4.34 |
| | | | | Plan Y 10 years | 59.39 | 1366.26 |
| | | | | Shortage | 0.00 | -9.00 |

| 10 | 1891.30 | 630.50 | 1260.80 | 45599.24 | 14818.76 | 30780.48 |
|---|---|---|---|---|---|---|
| | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

Pay Stub
our Tax Records

7 - 3.50 Sat - Double
3.50

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

TD Bank, N.A.

| DATE | AMOUNT |
|---|---|
| 01/12/2018 | $1302.77 |

PAY  ONE THOUSAND THREE HUNDRED TWO DOLLARS and 77 CENTS

TO THE
ORDER
OF
Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA  19149

Bank Routing No.   Bank Account Number
031000053

Deposit Amount
1302.77

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX-XXXX | 01/07/2018 | |
|---|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END | |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Overtime | 11.000 | 298.63 | 515.82 | Federal Withhol | 289.50 | 289.50 |
| Overtime | 8.000 | 217.19 | 515.82 | FICA (Medicare) | 28.47 | 28.47 |
| Paid Time Off | 16.000 | 289.58 | 289.58 | FICA (SocSec) | 121.75 | 121.75 |
| Regular | 64.000 | 1158.30 | 1158.30 | PA State Tax | 60.29 | 60.29 |
| | | | | PA UC Tax | 1.37 | 1.37 |
| | | | | PA510101 Philad | 76.40 | 76.4 |
| | | | | DC33 Union Dues | 21.49 | 21.49 |
| | | | | Plan Y 10 years | 61.66 | 61.66 |

| 18.10 | 1963.70 | 660.93 | 1302.77 | 1963.70 | 660.93 | 1302.77 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

TD Bank, N.A.

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

| | DATE | AMOUNT |
|---|---|---|
| | 01/26/2018 | $1239.82 |

PAY  ONE THOUSAND TWO HUNDRED THIRTY NINE DOLLARS and 82 CENTS

TO THE
ORDER  Phyllis A. Duffy
OF      3118 Wellington Street
        Philadelphia, PA  19149

| Bank Routing No.   Bank Account Number | Deposit Amount |
|---|---|
| 031000053 | 1239.82 |

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX■■■■ | 01/21/2018 | |
|---|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END | |
| **EARNINGS** | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | **DEDUCTIONS** | CURRENT AMOUNT | YEAR TO DATE |
| Overtime | 15.000 | 407.23 | 923.05 | Federal Withhol | 263.21 | 552.71 |
| Paid Time Off | 24.000 | 434.37 | 723.95 | FICA (Medicare) | 26.90 | 55.37 |
| Regular | 56.000 | 1013.52 | 2171.82 | FICA (SocSec) | 115.02 | 236.77 |
| | | | | PA State Tax | 56.95 | 117.24 |
| | | | | PA UC Tax | 1.30 | 2.67 |
| | | | | PA510101 Philad | 72.18 | 148.58 |
| | | | | DC33 Union Dues | 21.49 | 42.98 |
| | | | | Plan Y 10 years | 58.25 | 119.91 |

| 18.10 | 1855.12 | 615.30 | 1239.82 | 3818.82 | 1276.23 | 2542.59 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

TD Bank, N.A.

| DATE | AMOUNT |
|------|--------|
| 02/09/2018 | $1073.61 |

PAY ONE THOUSAND SEVENTY THREE DOLLARS and 61 CENTS

TO THE
ORDER
OF
Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA  19149

| Bank Routing No. | Bank Account Number | Deposit Amount |
|------|------|------|
| 031000053 | | 1073.61 |

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX-____ | 02/04/2018 |
|------|----------|--------------|--|-------------|-------------|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|-----------|----------------|--------------|------------|----------------|--------------|
| Overtime | 0.000 | 0.00 | 923.05 | Federal Withhol | 197.16 | 749.87 |
| Paid Time Off | 56.000 | 1013.52 | 1737.47 | FICA (Medicare) | 22.73 | 78.10 |
| Regular | 24.000 | 434.37 | 2606.19 | FICA (SocSec) | 97.21 | 333.98 |
| Shoe Allowance | 0.000 | 120.00 | 120.00 | PA State Tax | 48.13 | 165.37 |
| | | | | PA UC Tax | 1.10 | 3.77 |
| | | | | PA510101 Philad | 61.00 | 209.58 |
| | | | | DC33 Union Dues | 21.49 | 64.47 |
| | | | | Plan Y 10 years | 45.46 | 165.37 |

| 18.10 | 1567.89 | 494.28 | 1073.61 | 5386.71 | 1770.51 | 3616.20 |
|-------|---------|--------|---------|---------|---------|---------|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

TD Bank, N.A.

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

| DATE | AMOUNT |
|------|--------|
| 02/23/2018 | $1212.57 |

PAY ONE THOUSAND TWO HUNDRED TWELVE DOLLARS and 57 CENTS

TO THE
ORDER
OF

Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA  19149

| Bank Routing No. | Bank Account Number | Deposit Amount |
|------------------|---------------------|----------------|
| 031000053 | | 1212.57 |

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX-XXXX | 02/18/2018 |
|------|----------|--------------|--|-------------|------------|
| EMPLOYEE NO. | DEPARTMENT | | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|-----------|----------------|--------------|------------|----------------|--------------|
| Overtime | 4.000 | 108.59 | 1194.53 | Federal Withhol | 178.90 | 928.77 |
| Overtime | 6.000 | 162.89 | 1194.53 | FICA (Medicare) | 24.93 | 103.03 |
| Paid Time Off | 0.000 | 0.00 | 1737.47 | FICA (SocSec) | 106.60 | 440.58 |
| Regular | 80.000 | 1447.88 | 4054.07 | PA State Tax | 52.78 | 218.15 |
| Shoe Allowance | 0.000 | 0.00 | 120.00 | PA UC Tax | 1.20 | 4.97 |
| | | | | PA510101 Philad | 66.90 | 276.48 |
| | | | | DC33 Union Dues | 21.49 | 85.96 |
| | | | | Plan Y 10 years | 53.99 | 219.36 |

| 18.10 | 1719.36 | 506.79 | 1212.57 | 7106.07 | 2277.30 | 4828.77 |
|-------|---------|--------|---------|---------|---------|---------|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

Tax Cut and Jobs Act.
New federal tax tables are in effect this pay.

TD Bank, N.A.

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

| DATE | AMOUNT |
|------|--------|
| 03/09/2018 | $210.06 |

PAY  TWO HUNDRED TEN DOLLARS and 06 CENTS

TO THE
ORDER   Phyllis A. Duffy
OF      3118 Wellington Street
        Philadelphia, PA  19149

Bank Routing No.   Bank Account Number
031000053

Deposit Amount
210.06

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX | 03/04/2018 |
|------|----------|--------------|---|--------|------------|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|-----------|----------------|--------------|------------|----------------|--------------|
| Overtime | 0.000 | 0.00 | 1656.04 | Federal Withhol | 11.77 | 1159.94 |
| Paid Time Off | 0.000 | 0.00 | 2027.05 | FICA (Medicare) | 3.77 | 134.49 |
| Regular | 0.000 | 0.00 | 5212.38 | FICA (SocSec) | 16.12 | 575.08 |
| Shoe Allowance | 0.000 | 0.00 | 120.00 | PA State Tax | 7.98 | 284.75 |
| Technology Fee | 0.000 | 260.00 | 260.00 | PA UC Tax | 0.18 | 6.49 |
| | | | | PA510101 Philad | 10.12 | 360.89 |
| | | | | DC33 Union Dues | 0.00 | 107.45 |
| | | | | Plan Y 10 years | 0.00 | 279.32 |

| 18.10 | 260.00 | 49.94 | 210.06 | 9275.47 | 2908.41 | 6367.06 |
|-------|--------|-------|--------|---------|---------|---------|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

PHL PARKING AUTH
701 Market Street
STE 5400
Philadelphia, PA 19106

TD Bank, N.A.

| DATE | AMOUNT |
|------|--------|
| 03/09/2018 | $1328.23 |

PAY ONE THOUSAND THREE HUNDRED TWENTY EIGHT DOLLARS and 23 CENTS

TO THE
ORDER
OF

Phyllis A. Duffy
3118 Wellington Street
Philadelphia, PA  19149

Bank Routing No.   Bank Account Number
031000053

Deposit Amount
1328.23

## NON NEGOTIABLE

| 5942 | ONSTREET | Duffy, P. A. | | XXX-XX-XXXX | 03/04/2018 |
|------|----------|--------------|---|-------------|------------|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE  NAME | | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|-----------|----------------|--------------|------------|----------------|--------------|
| Overtime | 17.000 | 461.51 | 1656.04 | Federal Withhol | 219.40 | 1159.94 |
| Paid Time Off | 16.000 | 289.58 | 2027.05 | FICA (Medicare) | 27.69 | 134.49 |
| Regular | 64.000 | 1158.31 | 5212.38 | FICA (SocSec) | 118.38 | 575.08 |
| Shoe Allowance | 0.000 | 0.00 | 120.00 | PA State Tax | 58.62 | 284.75 |
| Technology Fee | 0.000 | 0.00 | 260.00 | PA UC Tax | 1.34 | 6.49 |
| | | | | PA510101 Philad | 74.29 | 360.89 |
| | | | | DC33 Union Dues | 21.49 | 107.45 |
| | | | | Plan Y 10 years | 59.96 | 279.32 |

| 18.10 | 1909.40 | 581.17 | 1328.23 | 9275.47 | 2908.41 | 6367.06 |
|-------|---------|--------|---------|---------|---------|---------|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |