Certificate Number: 12433-PAE-DE-030863241

Bankruptcy Case Number: 18-11724



12433-PAE-DE-030863241

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2018</u>, at <u>2:49</u> o'clock <u>PM EDT</u>, <u>Phyllis Duffy</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   April 11, 2018

By:   /s/Lisa Susoev

Name:   Lisa Susoev

Title:   Teacher