# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Phyllis A. Duffy<br>          Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc.<br>          Movant<br>     vs. | |
| Phyllis A. Duffy<br>          Debtor(s) | NO. 18-11724 jkf |
| William Miller.<br>          Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about April 20, 2018.

                                                    Respectfully submitted,

                                                    **/s/ Rebecca A. Solarz, Esquire**
                                                    Rebecca A. Solarz, Esquire
                                                    Kevin G. McDonald, Esquire
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA  19106
                                                    215-627-1322

September 28, 2018