IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| PHYLLIS A. DUFFY ) | |
| **Debtor(s)** ) | Case No.: 18-11724 (JKF) |
| ) | |
| WELLS FARGO BANK, N.A. ) | Chapter 13 |
| d/b/a WELLS FARGO DEALER SERVICES ) | |
| **Movant** ) | Docket No. |
| ) | |
| v. ) | |
| ) | |
| PHYLLIS A. DUFFY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM MILLER ) | |
| **Interim Trustee** ) | |
| ) | |
| ) | |
| ) | |

### PRAECIPE WITHDRAWING WELLS FARGO'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Wells Fargo Dealer Services' Objection To Confirmation, filed on or about June 4, 2018 in the above-referenced case, number 24 on the docket.

Date: 10/16/18

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Wells Fargo Dealer Services