IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| PHYLLIS A. DUFFY ) | |
| **Debtor(s)** ) | Case No.: 18-11724 (JKF) |
| ) | |
| WELLS FARGO BANK, N.A. ) | Chapter 13 |
| d/b/a WELLS FARGO DEALER SERVICES ) | |
| **Movant** ) | Docket No. |
| ) | |
| v. ) | |
| ) | |
| PHYLLIS A. DUFFY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM MILLER ) | |
| **Interim Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Wells Fargo Dealer Services and the Debtor in settlement of the Objection To Confirmation, and filed on or about October 16, 2018 in the above matter is APPROVED.

Dated: October 18, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon