United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Phyllis A. Duffy  
    Debtor

Case No. 18-11724-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 19, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.  
db           +Phyllis A. Duffy,   3118 Wellington Street,   Philadelphia, PA 19149-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Phyllis A. Duffy dmo160west@gmail.com,  
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
         WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,  
          ECF_FRPA@Trustee13.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  
          Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| PHYLLIS A. DUFFY ) | |
| **Debtor(s)** ) | Case No.: 18-11724 (JKF) |
| ) | |
| WELLS FARGO BANK, N.A. ) | Chapter 13 |
| d/b/a WELLS FARGO DEALER SERVICES ) | |
| **Movant** ) | Docket No. |
| ) | |
| v. ) | |
| ) | |
| PHYLLIS A. DUFFY ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM MILLER ) | |
| **Interim Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Wells Fargo Dealer Services and the Debtor in settlement of the Objection To Confirmation, and filed on or about October 16, 2018 in the above matter is APPROVED.

Dated: October 18, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon