IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Phyllis A. Duffy ) <br> Debtor ) <br> ) <br> ) | Chapter 13 <br> <br> No. 18-11724-JKF |

CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                            /s/David M. Offen
                                            David M. Offen
                                            Attorney for Debtor

Date:3/26/19