```
              IN THE UNITED STATE BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In Re:   Phyllis A. Duffy          )  Chapter 13
                Debtor                 )
                                       )  No 18-11724-JKF
                                       )
                                       )
```

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Order to Expedite Hearing, dated June 7, 2019, and the Motion to Approve Sale of Property was served upon the U.S. Trustee and the Chapter 13 Trustee, Scott F. Waterman, by electronic mail as well as all creditors who filed Proof of Claims by electronic mail.

/s/David M. Offen
David M. Offen
Attorney for Debtor

Date: June 7, 2019