IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Phyllis A. Duffy | : | |
| | : | No. 18-11724-JKF |
| Debtor | : | |

ORDER

AND NOW, this 12th day of June, 2019, it is hereby ORDERED and DECREED that the Motion to Sell Real Estate Free & Clear of Liens and Encumbrances, is hereby APPROVED and the Debtor is permitted sell the real estate located at 3118 Wellington Street Philadelphia, PA 19149. The broker shall supply a HUD-1 Form to the Trustee prior to closing. The sum of $23,804.82 shall be paid to the Chapter 13 Trustee Scott Waterman at settlement to pay the balance due on priority, secured and unsecured claims, with the exception of Quicken Loans Inc. which will be paid directly at settlement. Any funds in excess of the plan payoff shall be paid to the debtor. The 14 day appeal period is hereby waived.

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Phyllis A Duffy