United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11724-jkf
Phyllis A. Duffy                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Jun 12, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db             +Phyllis A. Duffy,    3118 Wellington Street,    Philadelphia, PA 19149-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Phyllis A. Duffy dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
      ECF_FRPA@Trustee13.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
      Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                       TOTAL: 7

```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


        IN RE:                :    CHAPTER 13
                              :
        Phyllis A. Duffy      :
                              :    No. 18-11724-JKF
             Debtor           :
```

## ORDER

AND NOW, this 14th day of June, 2019, it is hereby ORDERED and DECREED that the Motion to Sell Real Estate Free & Clear of Liens and Encumbrances, is hereby APPROVED and the Debtor is permitted sell the real estate located at 3118 Wellington Street Philadelphia, PA 19149. The broker shall supply a HUD-1 Form to the Trustee prior to closing. The sum of $23,804.82 shall be paid to the Chapter 13 Trustee Scott Waterman at settlement to pay the balance due on priority, secured and unsecured claims, with the exception of Quicken Loans Inc. which will be paid directly at settlement. Any funds in excess of the plan payoff shall be paid to the debtor. The 14 day appeal period is hereby waived.

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Phyllis A Duffy