United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11724-jkf
Phyllis A. Duffy                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2               Date Rcvd: Jan 21, 2020
                              Form ID: 138NEW             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db            #+Phyllis A. Duffy,    3118 Wellington Street,    Philadelphia, PA 19149-1507
cr             +NPRTO Med-West,LLC,    256 West Data Drive,    Draper, UT 84020-2315
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd,
                 Winterville, NC 28590-8872
14073586       +Daniel J. Santucci, Esq.,    1 International Plaza,    5th Floor,    Philadelphia, PA 19113-1510
14100508       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14079662       +Quicken Loans Inc.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    710 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-2312
14111392        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
14073590       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 22 2020 03:40:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 22 2020 03:40:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14098616       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 03:40:27     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14073587       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 03:40:27     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,   San Diego, CA 92193-9069
14085300       +E-mail/Text: ecfbankruptcy@progleasing.com Jan 22 2020 03:40:31     NPRTO Mid-West, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
14073588        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 03:36:50
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14100006        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 03:36:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14090433       +E-mail/Text: bankruptcyteam@quickenloans.com Jan 22 2020 03:40:35     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14073589       +E-mail/Text: bankruptcyteam@quickenloans.com Jan 22 2020 03:40:35     Quicken Loans, Inc.,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Phyllis A. Duffy dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com

```
District/off: 0313-2                  User: ChrissyW                  Page 2 of 2                  Date Rcvd: Jan 21, 2020
                                      Form ID: 138NEW                 Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Phyllis A. Duffy
       Debtor(s)                                    Bankruptcy No: 18–11724–jkf
                                                       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                          Timothy B. McGrath
                                                          Clerk of Court

Dated: 1/21/20

                                                                                                65 – 64
                                                                                              Form 138_new